UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS, INC., <br>　　　　Plaintiff, <br><br>　vs. <br><br>UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL NO. 287; and GERALD POOR; WILLARD L. SLOAN; EUGENE J. WINNINGHAM; BOB L. BERTRAM; JAMES L. KELLEY; JIM BARRETT; LARRY BRADBURN; JAMES A. CLARK; JOHN W. FENNIMORE; EARL F. HERRON; RALPH K. SMITH; LARRY TERRELL; MAX VAN ULZEN; DORAN C. KENDALL; TERRY GARRIOTT; KEITH MOSES; DON HOBBS; JOHNNY MASSEY; and BOBBY GUESS; individually and as the representatives of a defendant class, <br>　　　　Defendants. | 1:06-cv-058-LJM-WTL |

**ENTRY & ORDER FOR TUESDAY, MAY 27, 2008**

This cause came before the Court for a Final Pretrial Conference. Plaintiff appeared by counsel Kim Ebert and Kristin Keltner. Defendant United Automobile, Aerospace, and Agricultural Workers of America, Local No. 287 ("UAW") appeared by counsel Barry Macey. Defendants Gerald Poor and Don Hobbs appeared in person. Court Reporter was Fred Pratt. Conference held and concluded.

The Court issues the following rulings and notes the following for the record:

1. Plaintiff's request for separation of witnesses at trial (Docket No. 155) is **GRANTED**.

2. Plaintiff's request to bifurcate the merits and damages portions of the trial (Docket No. 146), having been withdrawn by the Plaintiff, is now **MOOT**.

3. Plaintiff's motion *in limine* to limit evidence to documents and testimony from 19899 forward (Docket No. 145) is **GRANTED**.

4. Plaintiff's motion *in limine* to prohibit introduction of extrinsic evidence at trial except as to the meaning and effect of the 1998 Insurance Highlights (Docket No. 143) is **DENIED**.

5. Plaintiff's motion *in liminne* to prohibit evidence relating to 2005 collective bargaining sessions (Docket No. 144) is **DENIED**.

6. Defendants shall notify Plaintiff of their intended witnesses on the 2005 collective bargaining sessions by **Friday, May 30, 2008**.

7. Defendant UAW agreed to file its trial brief ten (10) days before trial. Any other defendants wishing to file a trial brief shall do so no later than **Thursday, June 12, 2008**.

8. Each side shall have ten (10) minutes to give opening statements.

9. The **Bench Trial date was confirmed and REMAINS SET for <u>Monday, June 16, 2008, at 9:00 a.m.</u>, in <u>Courtroom 202</u>**, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Parties advise that they anticipate the Bench Trial lasting three (3) days.

IT IS SO ORDERED this 27th day of May, 2008.

*[signature]*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

**Electronically distributed to:**

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kim.ebert@ogletreedeakins.com

Kristin B. Keltner
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kristin.keltner@odnss.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kenneth.siepman@odnss.com

**Distributed via U.S. Postal Service to:**

GERALD POOR
2800 W. Memorial Drive
Lot 207
Muncie, IN 47302

WILLARD L. SLOAN
2858 N. Sherman Dr.
Luddington, MI 49431

EUGENE J. WINNINGHAM
199 Webb Winningham
Jamestown, TN 38586

BOB L. BERTRAM
910 Guthrie Chapel
Burkesville, KY 42717

JAMES L. KELLEY
170 Maple Drive
Scottsville, KY 42164

JIM BARRETT
550 N. Meridian St.
Redkey, IN 47373

LARRY BRADBURN
1809 N. CR 397 E.
Muncie, IN 47303

JAMES A. CLARK
1409 Italiano Drive
Muncie, IN 47304

JOHN W. FENNIMORE
1532 N. CR 563 E.
Selma, IN 47383

EARL F. HERRON
809 N. 600 E.
Selma, IN 47383

RALPH K. SMITH
6550 W. 1070 N.
Gaston, IN 47342

LARRY TERRELL
4216 Maple Manor Parkway
Muncie, IN 47302

MAX VAN ULZEN
2026 S. Hackley St.
Muncie, IN 47302

DORAN C. KENDALL
3813 W. 11th St.
Muncie, IN 47302

TERRY GARRIOTT
408 N. CR 563
RR 2
Selma, IN 47383

KEITH MOSES
9660 N. CR 425 E.
Albany, IN 47320

DON HOBBS
1835 E. 21st St.
Muncie, IN 47302

JOHNNY MASSEY
6431 S. CR 700 W
Yorktown, IN 47396

BOBBY GUESS
1415 S. Brotherton St.
Muncie, IN 47302