UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:06-cv-0058-LJM-WTL ) ) |
| UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL NO. 287; and GERALD POOR; WILLARD L. SLOAN; EUGENE J. WINNINGHAM; BOB L. BERTRAM; JAMES L. KELLEY; JIM BARRETT; LARRY BRADBURN; JAMES A. CLARK; JOHN W. FENNIMORE; EARL F. HERRON; RALPH K. SMITH; LARRY TERRELL; MAX VAN ULZEN; DORAN C. KENDALL; TERRY GARRIOTT; KEITH MOSES; DON HOBBS; JOHNNY MASSEY; and BOBBY GUESS individually and as the representatives of a defendant class, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **FACT STIPULATIONS**

Plaintiff BorgWarner Diversified Transmission Products Inc. and defendant United Automobile, Aerospace, and Agricultural Workers of America, Local No. 287 (collectively, the parties) have stipulated to the following facts for purposes of trial.

1. BorgWarner Diversified Transmission Products Inc. (the Company) is a tier-one supplier to the automotive industry, manufacturing transfer cases for four-wheel drive vehicles and currently employing approximately 440 active employees at its Muncie, Indiana plant.

2. Muncie's hourly non-management workforce (except for the plant guards and certain clerical employees) is currently and has at all times relevant to this action been represented by the International Union, United Automotive, Aerospace and Agricultural Implement Workers of America and its Local No. 287 (collectively, Union).

3. On January 10, 2006, the Company notified certain of its post-October 27, 1989 hourly retirees and the Union of its intent to modify the retirees' health care benefits. The parties stipulate to the authenticity and admissibility of the notices that the Company sent to retirees and provided to the Union. (Pl. Tr. Exs. 1, 2)

4. The Company mailed the notice to retirees and hand-delivered it to the Union.

5. For those retiring between January 1, 1993 and April 23, 2005, the changes became effective April 1, 2006.

6. For those retiring between October 27, 1989 and December 31, 1992, the changes became effective October 1, 2006.

7. The Company's Board of Directors unilaterally instituted the modifications.

8. The changes the Company implemented are summarized in charts attached to the notices.

9. During the relevant time period, the Company and the Union memorialized agreements relating to health care, called "Health Insurance Agreements" (HIAs). The parties stipulate to the authenticity and admissibility of the HIAs. (Pl. Tr. Exs. 4, 8, 10)

10. In 1990, the Company and the Union negotiated the "Agreement on Modification and Extension of Existing Labor Contract (ACME)," signed September 27, 1990. The parties stipulate to the authenticity and admissibility of the ACME. (Pl. Tr. Ex. 6)

11. The ACME extended the 1989 HIA through March 11, 1995, while establishing, via a Letter of Agreement attached as Exhibit 3 to the ACME, a joint task force to address the Company's post-retirement benefit (PRB) liabilities. The parties stipulate to the authenticity and admissibility of the Exhibits attached to the ACME. (Pl's. Tr. Ex. 6)

12. In 1992, the parties reached agreement on the "1992 Agreement on Modification and Extension of Existing Health Insurance Agreement and Ancillary Matters" (1992 Health Care and PRB Agreement) and a new HIA dated November 30, 1992, which modified, amended and superseded the 1989 HIA. The parties stipulate to the authenticity and admissibility of the 1992 Health Care and PRB Agreement. (Pl. Tr. Ex. 7)

13. The 1992 HIA was never signed.

14. Following the 1995 collective bargaining, a new Health Insurance Agreement was drafted in 1995, which modified, amended and superseded the 1992 HIA.

15. The 1995 HIA was never signed.

16. During negotiations, the parties on March 11, 1998, initialed a document bearing the words "COMPANY PROPOSAL," "Economics," "Wednesday, March 11, 1998," "HEALTH, PENSIONS, WAGES & ETC." that was stamped with the words "Tentative Approval Subject to Agreement on all Contract Issues." The parties stipulate to the authenticity and admissibility of this document. (Def. Union Tr. Ex. b.)

17. The Company prepared a document entitled "ECONOMIC HIGHLIGHTS" that was dated March 11, 1998. The parties stipulate to the authenticity and admissibility of the March 11, 1998 ECONOMIC HIGHLIGHTS. (Def. Union Tr. Ex. c.)

18. In September, 1998, the Company distributed a document entitled "BorgWarner Automotive Diversified Transmission Products Corporation, Muncie Plant and Local 287, UAW

Insurance Highlights of the 1998 Contract Negotiations" (1998 Insurance Highlights). The parties stipulate to the authenticity and admissibility of the 1998 Insurance Highlights. (Pl. Tr. Ex. 12)

19. In 2000, the parties memorialized their agreements reached at the bargaining table on insurance matters in an unsigned document entitled "Tentative Agreement on Insurance's [sic] and Pensions 11/28/00." The parties stipulate to the authenticity and admissibility of the Tentative Agreement on Insurance's and Pensions 11/28/00. (Pl. Tr. Ex. 15)

20. While the agreements reached by the parties in 2000 were set to expire March 12, 2006, the parties again engaged in early negotiations in 2005.

21. Any agreements regarding health care reached during the 2005 negotiations were memorialized in a series of documents entitled, "Tentative Agreement Modified and Approved by the Company: April 5, 2005," "Clarifications of Tentative Agreement Reached Between BWDTPC and UAW Local 287 April 8, 2005," and "UAW Local 287 Tentative Agreement of the 2005 Negotiations." The parties stipulate to the authenticity and admissibility of these documents. (Pl. Tr. Exs. 17-19)

22. Aspects of the health care benefits to be provided active employees following the 2005 negotiations are the subject of a lawsuit filed by the Union on February 27, 2007, Cause No. 1:07-cv-0262-LJM-TAB.

23. The parties further stipulate to the authenticity and admissibility of the documents designated at Pl. Tr. Exs. 3, 5, 9, 11, 14, and 37.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: s/ Kim F. Ebert
    Kim F. Ebert, Attorney No. 6649-49
    Kenneth B. Siepman, Attorney No. 15561-49
    Kristin B. Keltner, Attorney No. 20956-53
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana  46204
    Telephone:  (317) 916-1300
    Facsimile:  (317) 916-9076
    *kim.ebert@ogletreedeakins.com*
    *kenneth.siepman@ogletreedeakins.com*
    *kristin.keltner@ogletreedeakins.com*

    Attorneys for Plaintiff



MACEY SWANSON AND ALLMAN


By: s/ Barry A. Macey
    Barry A. Macey, Attorney No. 8964-49
    445 North Pennsylvania Street, Suite 401
    Indianapolis, Indiana  46204-1800
    Telephone:  (317) 637-2345
    Facsimile:  (317) 637-2369
    *bmacey@maceylaw.com*

    Attorneys for Defendant UAW Local 287

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been filed electronically, this 9th day of September, 2008. Notice of this filing will be sent to UAW Local 287 by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, I certify that a copy of the foregoing has been served this 9th day of September, 2008 via U.S. Mail, First Class Postage prepaid on the following:

| | | |
|---|---|---|
| Jeffrey D. Sodko<br>International Union, UAW<br>8000 East Jefferson Avenue<br>Detroit, MI  48214 | Larry Bradburn<br>1809 N. CR 397 E.<br>Muncie, IN  47303 | Doran C. Kendall<br>3813 W. 11th Street<br>Muncie, IN  47302 |
| Gerald Poor<br>2800 West Memorial Drive,<br>Lot 207<br>Muncie, IN  47302 | James A. Clark<br>1409 Italiano Drive<br>Muncie, IN  47304 | Terry Garriott<br>408 N. CR 563, RR 2<br>Selma, IN  47383 |
| Eugene J. Winningham<br>199 Webb Winningham<br>Jamestown, TN  38586 | John W. Fennimore<br>1532 N. CR 563 E.<br>Selma, IN  47383 | Don Hobbs<br>1835 E. 21st Street<br>Muncie, IN  47302 |
| James L. Kelley<br>170 Maple Drive<br>Scottsville, KY  42164 | Earl F. Herron<br>809 N. 600 E.<br>Selma, IN  47383 | Johnny Massey<br>6431 S. CR 700 W.<br>Yorktown, IN  47396 |
| Willard Sloan<br>2858 N. Sherman Drive<br>Luddington, MI  49431 | Ralph K. Smith<br>6550 W. 1070 N.<br>Gaston, IN  47342 | Bobby Guess<br>1415 S. Brotherton Street<br>Muncie, IN  47302 |
| Bob L. Bertram<br>910 Guthrie Chapel<br>Burkesville, KY  42717 | Larry Terrell<br>4216 Maple Manor Parkway<br>Muncie, IN  47302 | Keith Moses<br>9660 N. CR 425 E.<br>Albany, IN  47320 |
| Jim Barrett<br>550 N. Meridian Street<br>Redkey, IN  47373 | Max Van Ulzen<br>2026 S. Hackley Street<br>Muncie, IN  47302 | |

                                              s/  Kim F. Ebert