UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BORGWARNER DIVERSIFIED TRANSMISSION PRODUCTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO. 1:06CV0058<br>) |
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENTS WORKERS OF AMERICA, LOCAL NO. 287; GERALD POOR; WILLARD SLOAN; EUGENE J. WINNINGHAM; BOB L. BERTRAM; JAMES L. KELLEY; JIM BARRETT; LARRY BRADBURN; JAMES A. CLARK; JOHN W. FENNIMORE; EARL F. HERRON; RALPH K. SMITH; LARRY TERRELL; MAX VAN ULZEN; DORAN C. KENDALL; TERRY GARRIOTT; KEITH MOSES; DON HOBBS; JOHNNY MASSEY; and BOBBY GUESS, individually and as the representatives of a defendant class, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANT UAW LOCAL 287's MOTION
FOR JUDGMENT ON PARTIAL FINDINGS**

Comes now defendant UAW Local 287, by counsel, pursuant to Rule 52(c) of the Federal Rules of Civil Procedure, and moves the Court for judgment in its favor on partial findings.

                                          Respectfully submitted,

                                      **MACEY SWANSON AND ALLMAN**

                                          s/Barry A. Macey
                                       Barry A. Macey, Atty No. 8964-49

**MACEY SWANSON AND ALLMAN**
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Phone: (317) 637-2345
Fax: (317) 637-2369
bmacey@maceylaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing has been filed electronically, this 9th day of September, 2008.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Courts' System.

                                    Kim F. Ebert
                                    Kenneth B. Siepman
                                    Kristin B. Keltner
                                    Ogletree, Deakins, Nash, Smoak & Stewart, P. C.
                                    111 Monument Circle, Suite 4600
                                    Indianapolis, IN 46204

      The undersigned further certifies that a copy of the foregoing has also been sent on the 9th  day of September, 2008, by first class United States mail, postage prepaid, to the following parties:

| | | |
|---|---|---|
| Eugene J. Winningham<br>199 Webb Winningham<br>Jamestown, TN 38586 | Bob L. Bertram<br>910 Guthrie Chapel<br>Burkesville, KY 42717 | James L. Kelley<br>170 Maple Drive<br>Scottsville, KY 42164 |
| Willard Sloan<br>2858 N. Sherman Drive<br>Luddington, MI 49431 | Jim Barrett<br>550 N. Meridian Street<br>Redkey, IN 47373 | Larry Bradburn<br>1809 N. CR 397 E.<br>Muncie, IN 47303 |
| James A. Clark<br>1409 Italiano Drive<br>Muncie, IN 47304 | John W. Fennimore<br>1532 N. CR 563 E.<br>Selma, IN 47383 | Earl F. Herron<br>809 N. 600 E.<br>Selma, IN 47383 |
| Ralph K. Smith<br>6550 W. 1070 N.<br>Gaston, IN 47342 | Larry Terrell<br>4216 Maple Manor Pkway<br>Muncie, IN 47302 | Max Van Ulzen<br>2026 S. Hackley St.<br>Muncie, IN 47302 |

| | | |
|---|---|---|
| Doran C. Kendall<br>3813 W. 11th St.<br>Muncie, IN 47302 | Terry Garriott<br>408 N. CR. 563, RR 2<br>Selma, IN 47383 | Keith Moses<br>9660 N. CR 425 E.<br>Albany, IN 47320 |
| Don Hobbs<br>1835 E. 21st St.<br>Muncie, IN 47302 | John Massey<br>6431 S. CR 700 W.<br>Yorktown, IN 47396 | Bobby Guess<br>1415 S. Brotherton St.<br>Muncie, IN 47302 |
| Gerald Poor<br>2800 W. Memorial Drive, Lot 207<br>Muncie, IN 47302 | | |

                                                s/Barry A. Macey
                                  Barry A. Macey, Atty No. 8964-49