UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| BORGWARNER DIVERSIFIED TRANSMISSION, INC., | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-058-LJM-DML |
| | ) | |
| UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL NO. 287; and GERALD POOR; WILLARD L. SLOAN; EUGENE J. WINNINGHAM; BOB L. BERTRAM; JAMES L. KELLEY; JIM BARRETT; LARRY BRADBURN; JAMES A. CLARK; JOHN W. FENNIMORE; EARL F. HERRON; RALPH K. SMITH; LARRY TERRELL; MAX VAN ULZEN; DORAN C. KENDALL; TERRY GARRIOTT; KEITH MOSES; DON HOBBS; JOHNNY MASSEY; and BOBBY GUESS; individually and as the representatives of the defendant class, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ENTRY OF JUDGMENT**

Through an order issued on September 12, 2008, this Court granted judgment on

partial findings in favor of the defendant, United Automobile, Aerospace, and Agricultural

Implement Workers of America, Local No. 287, and against the plaintiff, Borgwarner

Diversified Transmission, Inc., as to all plaintiff's claims.  Through an Order issued January

16th, 2009, this Court incorporated the individual defendants, Gerald Poor; Willard L.

Sloan; Eugene J. Winningham; Bob L. Bertram; James L. Kelley; Jim Barrett; Larry

Bradburn; James A. Clark; John W. Fennimore; Earl F. Herron; Ralph K. Smith; Larry Terrell; Max Van Ulzen; Doran C. Kendall; Terry Garriott; Keith Moses; Don Hobbs; Johnny Massey; and Bobby Guess, into the Union's motion for judgment on partial findings and granted judgment in their favor. A final judgment is entered accordingly. Plaintiff shall take nothing by way of its complaint.

DATED this 16th day of January, 2009.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distributed electronically to:

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
kim.ebert@ogletreedeakins.com

Kristin B. Keltner
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
kristin.keltner@odnss.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART
kenneth.siepman@odnss.com

Robert Adam Hicks
MACEY SWANSON & ALLMAN
rhicks@maceylaw.com

Barry A. Macey
MACEY SWANSON & ALLMAN
bmacey@maceylaw.com

Distributed via U.S. Postal Service to:

Jeffrey D. Sodko
INTERNATIONAL UNION, UAW
8000 East Jefferson Avenue
Detroit, MI 48214

GERALD POOR
2800 W. Memorial Drive
Lot 207
Muncie, IN 47302

WILLARD L. SLOAN
2858 N. Sherman Dr.
Luddington, MI 49431

EUGENE J. WINNINGHAM
199 Webb Winningham
Jamestown, TN 38586

BOB L. BERTRAM
910 Guthrie Chapel
Burkesville, KY 42717

JAMES L. KELLEY
170 Maple Drive
Scottsville, KY 42164

JIM BARRETT
550 N. Meridian St.
Redkey, IN 47373

LARRY BRADBURN
1809 N. CR 397 E.
Muncie, IN 47303

JAMES A. CLARK
1409 Italiano Drive
Muncie, IN 47304

John W. Fennimore
1532 N. CR 563 E.
Selma, IN 47383

EARL F. HERRON
809 N. 600 E.
Selma, IN 47383

RALPH K. SMITH
6550 W. 1070 N.
Gaston, IN 47342

LARRY TERRELL
4216 Maple Manor Parkway
Muncie, IN 47302

MAX VAN ULZEN
2026 S. Hackley St.
Muncie, IN 47302

DORAN C. KENDALL
3813 W. 11th St.
Muncie, IN 47302

TERRY GARRIOTT
408 N. CR 563
RR 2
Selma, IN 47383

KEITH MOSES
9660 N. CR 425 E.
Albany, IN 47320

DON HOBBS
1835 E. 21st St.
Muncie, IN 47302

JOHNNY MASSEY
6431 S. CR 700 W
Yorktown, IN 47396

BOBBY GUESS
1415 S. Brotherton St.
Muncie, IN 47302

3